## Star Brewery v. A. M. Farnsworth.

1. GUARANTY—*Recovery Sustained.*—A recovery for work done and materials furnished, on the following order—

"CHICAGO, July 20, 1894.

A. M. Farnsworth, Esq.:

DEAR SIR—When you get house and barn completed for Mr. Buban send bill for same to us.                    STAR BREWERY,

P. H. Rice, Pres't"

— is sustained.

Assumpsit, for labor and materials. Appeal from the Superior Court of Cook County, the Hon. ARTHUR H. CHETLAIN, Judge, presiding. Heard in this court at the March term, 1897. Affirmed. Opinion filed May 6, 1897.

E. S. Cummings, attorney for appellant.

W. Irving Osborne, attorney for appellee.

Mr. Justice Gary delivered the opinion of the Court.

It is a fair inference from the evidence that the appellant contemplated some business arrangements with a Mr. Buban, as a dealer in some capacity in its beer, at a place not far from Lemont called Gary, and that as a preparation for that dealing, Buban needed a house and barn to be erected at Gary, in regard to which he had had some talk, but no bargain, with the appellee.

July 20, 1894, Buban went to the brewery and there had a private conversation with the president—none of which is shown in the case—and at the end of the conversation the president gave to Buban a note as follows:

P. H. Rice, Prest. and Treas.                T. J. Rice, Sec.

The Star Brewery,
Office and Brewery, 1131 Fulton St.

Chicago, July 20, 1891.

A. M. Farnsworth, Esq.

Dear Sir: When you get house and barn completed for Mr. Buban send bill for same to us.

Star Brewery,
P. H. Rice, Prest."

Buban carried it to the appellee, who, without further negotiations with anybody, built the house and barn. That done, the appellee made out a statement which Buban marked O. K., and the appellee went with it to the brewery, and presented it to the president to get his money.

The statement was as follows, taken from appellant's brief:

" STATEMENT.

LEMONT, ILL., September 19, 1894.

Mr. G. Buban, Store and Barn at Gary.

In account with

A. M. FARNSWORTH,

Dealer in

Lumber, Hardware, Lime and Coal.

| | | |
|---|---:|---:|
| Excavating | $ 57 | 55 |
| Stone | 72 | 60 |
| Lime | 30 | 25 |
| Cement | 16 | 00 |
| Brick and tile | 10 | 00 |
| Crushed stone | 6 | 50 |
| Mason work | 68 | 50 |
| Plastering | 79 | 30 |
| Lumber | 498 | 57 |
| Sash, doors, glass, etc. | 117 | 17 |
| Nails and hardware | 42 | 16 |
| Carpenter work | 195 | 00 |
| Painting | 51 | 00 |
| Papering | 16 | 95 |
| Hauling | 54 | 00 |
| Sand | 39 | 00 |

$1,354 55 "

The president was surprised—said he did not expect to to pay over $300—didn't offer to pay, but said, " I will see that you don't lose that money." Payment not being made, the appellee sued and recovered the amount.

The appellant put in no evidence, but has filed a brief of twenty odd pages to show why, upon this direct order in writing, and *prima facie* evidence of an account stated, the appellee should not have recovered.

We do not deem it our duty to review the brief. The right to recover is clear. Cobb v. James H. Rice Co., 60 Ill. App. 523.

The judgment is affirmed.